UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lucas Rijper Greenidge,<br><br>        Plaintiff,<br><br>— against —<br><br>City of New York, Michael McGuire, Salvatore Provenzano, Carl Rordamel, Nicolaos Tjortjoglou, and John Does #1-5<br><br>        Defendants. | Case No. 23-cv-6980<br><br>NOTICE OF APPEARANCE |

   PLEASE TAKE NOTICE that Joel Wertheimer of Wertheimer LLC hereby appears as counsel of record for Plaintiff Lucas Rijper Greenidge in this action.

Dated: New York, New York
    February 20, 2024

                WERTHEIMER LLC

              By: /S/
                _____
                Joel Wertheimer
                14 Wall Street
                Suite 1603
                New York, New York 10005
                (646) 720-1098
                joel@joelwertheimer.com