

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**EVAN J. GOTTSTEIN**
*Assistant Corporation Counsel*
(212) 356-2262
egottste@law.nyc.gov

November 15, 2024

**By ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  Lucas Rijper Greenidge v. McGuire, et al., 23-CV-6980 (KPF)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and the attorney for defendants in the above referenced action. The parties write to jointly request an adjournment of the post-fact-discovery pretrial conference in this matter, which is currently scheduled for November 20, 2024, at 11:00 a.m. This is the parties' first request to adjourn this conference.

On November 1, 2024, the Court granted the parties' joint request for an extension of time to complete fact discovery until February 18, 2025, and a corresponding extension of time to complete any expert discovery until April 4, 2025. *See* November 1, 2024 Electronic Docket Order. Because the deadline to complete fact discovery has now been extended, the parties respectfully request that the Court adjourn the post-fact-discovery pretrial conference until a date after the new fact discovery deadline of February 18, 2025, when it would allow for the most efficient use of the Court's time.[1]

The parties thank the Court for its time and consideration of this application.

Respectfully submitted,

*Evan J. Gottstein*          /s/
Evan J. Gottstein
*Assistant Corporation Counsel*
Special Federal Litigation Division

---

[1] The parties apologize for not specifically including a request to adjourn the November 20 post-fact-discovery conference in their joint request submitted on October 31, 2024 (ECF No. 39), which was due to an oversight.

cc:     *All Counsel of Record* (Via ECF)


Application GRANTED.  The conference currently scheduled for
November 20, 2024, is hereby ADJOURNED to **March 20, 2025,** at **11:00
a.m.,** in Courtroom 618, 40 Centre Street, New York, NY 10007.

The Clerk of Court is directed to terminate the pending motion at
docket entry 40.

Dated:      November 15, 2024          SO ORDERED.
            New York, New York


                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE