

Wertheimer LLC
14 Wall Street
Ste 1603
New York, New York 10005
t: (646) 720-1098
joelwertheimer.com

June 24, 2025

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *Lucas Greenidge v. McGuire et al.*, 23-cv-6980 (KPF)

Your Honor:

      I am writing with consent of Defendants to request that the conference scheduled for July 16, 2025, be adjourned to two days *earlier*, July 14, 2025, or a date amenable to the Court the following week. The reason for this request is that Plaintiff's counsel plans to attend the Federal Bar Council's Trial Skills Training for Pro Bono Attorneys on July 16 and July 17 as part of counsel's commitment to pro bono representation in the Federal courts of the Southern and Eastern Districts.

      Very truly yours,

      Joel Wertheimer

**WERTHEIMER LLC · 14 Wall Street · Suite 4C · New York, NY 10005**
*(646) 720-1098·* joelwertheimer.com · joel@joelwertheimer.com · mara@joelwertheimer.com

Application GRANTED. The post-fact discovery pretrial conference previously scheduled for July 16, 2025, is hereby ADJOURNED to **July 24, 2025,** at **3:30 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 48.

Dated:   June 25, 2025          SO ORDERED.
         New York, New York

                                *Katherine Polk Failla*

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE