# MEMO ENDORSED.



| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **EVAN J. GOTTSTEIN**<br>*Senior Counsel*<br>(212) 356-2262<br>egottste@law.nyc.gov |

October 23, 2025

**By ECF**
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>Lucas Rijper Greenidge v. McGuire, et al.</u>, 23-CV-6980 (KPF)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for defendants in the above referenced action. Defendants write, with plaintiff's consent, to respectfully request an adjournment of the settlement conference in this matter, currently scheduled for November 4, 2025, at 2:00 p.m.

    On September 19, 2025, the Court entered an Order scheduling the settlement conference in this matter for November 4, 2025. However, this Office and the New York City Comptroller's Office will be closed on that date for Election Day, and defendants must therefore respectfully request an adjournment of the settlement conference. The undersigned offers my apologies for not noticing this scheduling conflict sooner following the September 19 Scheduling Order. The parties have conferred and can propose the following mutually available alternative dates for the settlement conference: Wednesday, November 12 (after 1:00 p.m.); Thursday, November 13; or Friday, November 14, 2025. Defendants also respectfully request an extension of the parties' time to submit *ex parte* settlement statements until one week before the new settlement conference date.

    Defendants thank the Court for its time and consideration of this application.

**The November 4, 2025 Settlement Conference is adjourned to Wednesday, November 5, 2025 at 10:00 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

Respectfully submitted,

**SO ORDERED.**

*Evan J. Gottstein*  /s/
Evan J. Gottstein
*Senior Counsel*
Special Federal Litigation Division

Ona T. Wang        October 24, 2025
U.S.M.J.

cc:  *All Counsel of Record* (<u>Via ECF</u>)