**MEMO ENDORSED.**



Wertheimer
Fleder

October 29, 2025

<u>VIA ECF</u>
Hon. Ona T. Wang
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Greenidge v. McGuire et al.*
    Docket No. 23-cv-06980

Your Honor,

  Our office represents the Plaintiff, Lucas Greenidge, in this matter.  We are writing to request an adjournment of the November 5, 2025, re-scheduled settlement conference and of the time to submit an *ex parte* pre-settlement letter to the Court to one week prior to the conference.

  On October 24, 2025, Defendant wrote to Your Honor requesting an adjournment of the November 4, 2025, settlement conference to Wednesday, November 12 (after 1:00 p.m.); Thursday, November 13; or Friday, November 14, 2025.

  Your Honor granted the request but adjourned the conference to November 5, 2025, at 10:00 a.m., a time at which Plaintiff was unavailable.  Plaintiff's counsel unfortunately has a conflict at that time, and attempted to resolve the conflict before writing the Court, but was unable to do so.

  In addition to November 12, 13, and 14, the parties are also available November 17, November 18 (until 12:30pm), November 19, November 20 (after 12:00pm only), and November 21, 2025.

**The November 5 Settlement Conference is ADJOURNED to Thursday, November 20, 2025 at 2:00 pm in Courtroom 20D, 500 Pearl Street, New York, NY 10007.**

**SO ORDERED.**

_____
Ona T. Wang                October 29, 2025
U.S.M.J.

Very truly yours,

Joel Wertheimer

WERTHEIMER FLEDER LLP · 14 Wall Street, Suite 4C · New York, NY 10005
(646) 720-1098· joel@wfllp.com · (646) 344-4212 · mara@wfllp.com · WFLLP.com